USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

       -v.-

STEPHEN WALSH,

       Defendant.

- - - - - - - - - - - - - - - -x

ORDER

09 Cr. 722 (MGC)

       WHEREAS, with the defendant STEPHEN WALSH's consent, his guilty plea allocution was taken before a United States Magistrate Judge on April 25, 2014;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
           May 6, 2014

                                HON. MIRIAM GOLDMAN CEDARBAUM
                                UNITED STATES DISTRICT JUDGE

Rev. 10.22.2013