UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

STEPHEN WALSH,

                Defendant.

09 Cr. 722 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Defendant Stephen Walsh's request to forgo an evidentiary hearing and move directly to a new sentencing proceeding [dkt. no. 279]. The request is denied, and the evidentiary hearing shall proceed as scheduled.

    SO ORDERED.

Dated:    New York, New York
            March 14, 2019

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge

1