

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 3, 2019

**BY CM/ECF**
The Hon. Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Stephen Walsh*, 09 Cr. 722 (LAP), 17 Cv. 6651 (LAP)

Dear Judge Preska:

The Government respectfully submits this letter in advance of the re-sentencing of defendant Stephen Walsh, currently scheduled for May 8, 2019. Walsh was originally sentenced by Judge Cedarbaum to a twenty-year term of incarceration and began his term of incarceration on or about January 20, 2015. By the time of his resentencing on May 8, 2019, he will have served approximately four years and four months of his original twenty-year sentence.

The Court is very familiar with the facts of this case based on, among other things, extensive briefing on Walsh's Petition for Relief Pursuant to 28 U.S.C. § 2255, the evidentiary hearing that took place on March 18, 2019, the re-sentencing proceeding for defendant Paul Greenwood on June 29, 2016, the Government's sentencing submission regarding Walsh, filed on October 23, 2014, the Probation Office's Presentence Investigation Report for Walsh, dated September 29, 2014, and the *Monsanto* hearing, which took place over three days in 2011.

The Government takes no position with respect to what sentence the Court should impose in this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Kedar S. Bhatia
Brendan F. Quigley
Assistant United States Attorneys
(212) 637-2465/2190