**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES**

**vs.**

Stephen Walsh

---

**To: U.S. Marshals Office**

09 Cr. 722 (AP )

**Order**

It is hereby ordered :

That the Defendant, Stephen Walsh , Reg # 61991-054

having been sentenced in the above case to a term of  Time Served; The U.S. Marshals are to

release the defendant unless any  pending warrants, detainers or other issues  are encountered.

Loretta A. Presley
**United States District Judge**

May 8, 2019
Date